December 09, 2022
MONTH  DAY  YEAR

**RENT-2-OWN**

40044583
AGREEMENT NUMBER

**LEASE PURCHASE AGREEMENT**

1. LESSOR: Rent-2-Own
   611 W. Emmitt Ave.
   WAVERLY, OH 45690
   (740)947-7631

2. LESSEE: Derek Myers
   152 o main st
   CHILLICOTHE, OH 45601
   (740)463-0029

3. As used in this Agreement, "you" and "your" means the person signing this Agreement as Lessee. "We", "us" and "our" refers to the Rental Company or Lessor. "Agreement" means this Lease Purchase Agreement. "Property" refers to the Rental Property described in Item 4 below.

4. DESCRIPTION OF PROPERTY:

| Product | Brand | Model | Stock# | Serial # | Condition |
|---|---|---|---|---|---|
| Laptop | Apple | RFB-5YD82LL/A | 22099487409 | SC02FTCXHQ05D | Pre-Rented |

CASH PRICE _____ $1,070.00

5. PAYMENT

|  | FIRST PAYMENT | AFTER THE FIRST PAYMENT WEEKLY | MONTHLY | ADDITIONAL FEES "SEE BELOW" |
|---|---|---|---|---|
| Lease Payment | $40.00 | $40.00 | $160.00 | Late Fee $5.00 |
| Other Fees | $0.00 | $0.00 | $0.00 | In-Home Collection $10.00 (Per visit to your home) |
| Liability Damage Waiver(Optional) | $3.00 | $3.00 | $12.00 |  |
| Tax | $2.90 | $2.90 | $11.60 |  |
| Total | $45.90 | $45.90 | $183.60 | X _____ (Sign Here if You Want This Service) |

6. OWNERSHIP OPTIONS: You will acquire ownership of this Property if you make __86.00__ weekly payments for a total of $3,440.00, or __19.85__ monthly payments for a total of $3,176.00. This does not include any fees, taxes, or other charges you may owe under this Agreement. You may obtain ownership other ways (see item 7 below). Since this Agreement is only for weekly or monthly rental of this Property, you are only obligated to make one rental payment. If you decide to renew this Agreement, your first renewal is due on __10/29/2022__. You are not obligated in any way to renew this Agreement after the first initial rental period. You must renew this Agreement if you have complied with its terms, by sending or delivering a weekly, semi-monthly or monthly rental payment to us before the end of the rental period. You must make rental payments in advance to continue using this Property. You understand this Agreement terminates automatically if you do not renew it.

7. EARLY PURCHASE OPTIONS If you are current on all of your obligations under this agreement, you can purchase the property at any time.
   A. 120 Day Ownership Option - At any time during the first one hundred twenty 120 days of this Agreement, you may purchase this Property for the cash price stated in this Agreement, less total of rental payments already paid (not including tax or fees).
   This one hundred twenty 120 day option expires on 2/16/2023.
   B. Early Buyout - After 120 days, you may exercise an Early Purchase Option by paying cash. This cash payment may be determined by subtracting 50% of all rental payments previously paid (not including tax or fees) from the cash price stated in this Agreement.

8. TERMS OF THIS AGREEMENT: This Agreement is for __86.00__ WEEK(S), and expires on __6/12/2024__.

9. FEES: Explanation of fees which may be assessed:
   A. Late Fee: A fee that will be charged if you fail to make a weekly renewal payment within two days or a monthly or semi-monthly renewal payment within five days.
   B. In-Home Collection Fee: A fee for collecting a rental payment in your home.

10. MAINTENANCE: During the term of this Agreement we will provide service for this Property, covering normal repairs, at no additional charge to you. We will not be responsible for the costs of unauthorized repairs done by others. We will not be required to repair or maintain this Property if you default on any of the terms of this Agreement or after you obtain ownership. We are not responsible for the repair of any fabric or upholstered products due to the normal wear and tear anticipated during normal use.

11. INSURANCE: You are not require to purchase Insurance for this Property from us or any agent designated by us.

12. WARRANTIES: If you obtain ownership of the property, we will give you any unexpired manufacturer's warranty which may still be in affect, if allowed to do so by the terms of the warranty. At your request, we will provide a copy of these warranties in our store for you to read.

13. TAX: The tax rate in effect on the date of this Agreement is subject to change by applicable governmental authorities. Your rental payment will be subject to any tax changes that occur while you are renting this Property.

14. LOSS OR DAMAGE TO THIS PROPERTY: We do not carry Insurance on this property, and you are responsible for its safety until it is returned to us. You are fully responsible for the fair market value of the Property due to its loss or destruction from all causes, including, but not limited to, theft, vandalism, malicious mischief, or accidental damage caused by you, your family, or anyone else. If this Property is damaged, you must pay us immediately for all repairs, not to exceed fair market value.

15. LIABILITY DAMAGE WAIVER (OPTIONAL): If you choose this option by paying the fee above, you will not be responsible if the Property is lost, damaged, or stolen. To get the waiver, you must notify us within 24 hours of any loss or damage in addition to paying the fee. You must be current on all rental payments and other fees due to us. You must furnish us with a police report showing forced entry for loss due to theft. You are still liable for accidental or careless acts and intentional acts done by you, your family, or anyone else. You may cancel this option by not paying the fee. We can cancel by giving you thirty (30) days notice.
   By your initials you _____ ACCEPT _____ DECLINE this coverage.

16. REINSTATEMENT: If you fail to make a timely renewal payment, you have the right to reinstate this Agreement by paying all past due rental payments, and applicable late charges, and redelivery fees if
   1 You have voluntarily returned this Property to us, if requested, and
   2 No more than the equivalent of three (3) rental terms or thirty (30) days, whichever is greater, have passed since you have paid a timely renewal payment.
   If you reinstate, we will provide you with the same Property or a substitute property of comparable quality and condition.

17. TERMINATION AND DEFAULT: You may terminate this Agreement at any time. We may terminate this Agreement if you fail to keep any of your agreements. We may notify you of termination in writing or by telling you. You agree to pay us the fair market value of this Property as stated in this Agreement if you fail to return this Property to us when this agreement terminates.

18. RETURN OF PROPERTY ON TERMINATION: If this Agreement is terminated for any reason, you agree to provide for the immediate return of this property to us.

19. REIMBURSEMENT OF COST: If you do not keep this Agreement, in addition to other charges you may owe us, you understand that you will have to pay us for all reasonable costs we incur in getting our Property back. These costs may include attorney's fees and court costs if they are incurred and permitted by state law.

20. EQUITY: You understand that we own this Property until you buy it or obtain ownership as stated in this Agreement. During the rental term, you do not have any ownership interest in this Property at all, and you do not have the right to a refund of any rental payments when this Agreement is terminated.

21. LOCATION OF PROPERTY: You agree to keep this Property at the address shown in item 2 above. If you remove this Property without our written permission, we have the right to terminate this Agreement Immediately.

22. ASSIGNMENT: We may sell, transfer, or assign this Agreement. However, you have no right to sell, transfer, assign, pawn, or sub-lease this Property.

23. DAMAGE TO PERSONS OR PROPERTY: You understand that we will not be responsible for any loss or damage to any person or property arising out of the use of this Property.

24. MISCELLANEOUS PROVISION: You understand that no changes may be made to this Agreement except by us in writings. You understand that this Property may be new or previously rented, as indicated in item 4 above. You have examined this Property, and you agree that you have received this Property in satisfactory condition.

**NOTICE: THIS LEASE-PURCHASE AGREEMENT IS REGULATED BY STATE LAW AND MAY BE ENFORCED BY THE ATTORNEY GENERAL OR BY PRIVATE LEGAL ACTION.**

I have read and understand this agreement, I have received a copy of it and I agree to be bound by its terms.

Lessor _____ Date: _____  Lessee: _____ Date: _____

Driver's License #: _____ Expiration Date: _____ Witness: _____ Date: _____

* NO REFUNDS * ALL PAYMENTS MUST BE MADE IN ADVANCE

EXHIBIT C



...7-7531 , OH 45690

Lessor. "Agreement", "you" and "your" means the person signing this Agreement. "Property..."

4. DESCRIPTION OF PROPERTY:

| Product | Brand | Model |
|---|---|---|
| Laptop | Apple | |

...ASE PURCHASE AGREEMENT

2. LESSEE: Derek Myers
152 e main st
CHILLIC...

AGREEMENT 40044583



## Inventory Report
Rent-2-Own
611 W. Emmit Ave.
WAVERLY, OH 45690
(740)947-7531

Current Business Date: 4/17/2023

| Stock Number | Product Code | Brand | Model | Description | Serial Number | Purchase Date | Cost | Total Income | Status | Customer |
|---|---|---|---|---|---|---|---|---|---|---|
| 22099487409 | LAPTOP | Apple | RFB-5YD82LL/A | 13.3"8gb, 256gb Retin: | SC02FTCXHQ05D | 4/6/2022 | $899 | $472 | On Rent | Derek Myers |
| Total Count: 1 | | | | | | | $899 | $472 | | |