**PIKE COUNTY COURT**
230 Waverly Plaza Suite 900
Waverly, Ohio 45690
(740) 947-4003

State of Ohio
State Of Ohio (Shf)            )    Case No.: CRA 2200540
Sgt. Joshua Carver             )
                               )    (X) on P/C Affidavit
     -vs-                      )    ( X ) F T A
                               )    (   ) Prob. Viol./Contempt
Myers, Derek J                 )
152 EAST MAIN STREET APT B     )    **WARRANT**
CHILLICOTHE OH 45601           )
ssn ***-**-6441  dob 05/08/1992

*RECEIVED*
*NOV 1 2022*
*PIKE CO. SHERIFF'S OFFICE*
*TRACY D. EVANS, SHERIFF*

\* \* \* \* \* \* \* \* \* \* \* \* \*
Violation(s)  2933.52   ELECTR COMMUNIC (F4)

To the Bailiff of the above named Court, any Sheriff, Deputy Sheriff or Police Officer of the State of Ohio, -- GREETINGS:

Whereas, there has been filed before me an Affidavit of which a copy is attached hereto,

These are, therefore to command you to take the said defendant if he/she be found in your county, or he/she has fled, that you pursue after him/her in a pickup radius of 3   , and take and safely keep the defendant, so that you have his/her body forthwith before the Honorable Anthony A. Moraleja   Judge of above named Court, to answer the Complaint, and be further dealt with according to law.

Given under my hand and seal this Oct 31, 2022 .

Bond: $20000.00  Type: TO APPEAR

Original to: Pike County Chf's Offic  Judge: Anthony A Moraleja

================================================================

THE STATE OF OHIO, ex rel   )
State Of Ohio (Shf)         )
     -vs-                   )    Case No: CRA 2200540
                            )
Myers, Derek J              )

Received this writ on the _1st_ day of _Nov_ 20_22_ at ___ o'clock ___.M., and I executed the same by taking said defendant into custody.

And upon posting recognizance _____
or bond in the amount of _____
was released to appear in court on the ___ day of _____ 20 ___.
at _____ o'clock ___.M.

_____
Chief of Police

*Jake Phillips*
Officer Serving Writ

Served 11/1/2022  #10.W