## IN THE COUNTY COURT OF PIKE COUNTY OHIO

_X_    **STATE OF OHIO**

**AFFIDAVIT OF
PROBABLE CAUSE
FOR ARREST**

*Derek Joel Myers*
*DEFENDANT*

I, **Sergeant Joshua Carver**, after being duly cautioned and sworn, do hereby state that I have probable cause to arrest the above-named defendant for the offense of **Interception of Wire, Oral, or Electronic communications in violation of Section 2933.52(A)(3) of the Ohio Revised Code**, based on the following:

On Friday October 28, 2022, at around 1239 hours, I was advised that the website the Sciotovalleyguardian.com had posted an audio recording of the testimony of Edward Jacob Wagner, which had been surreptitiously recorded during the ongoing trial on George Washington Wagner, IV. This audio recording was also posted to the Facebook accounts of the Scioto Valley Guardian, and Derek Myers.

The ability to record this specific witness, Edward Jacob Wagner, was specifically litigated pursuant to a motion filed by the media, of which Derek Myers was one of the parties represented. The Court ruled that there was no exception that would permit the media (or anyone) to record the testimony of Edward Jacob Wagner, as he was deemed a witness with the same right to object that any other witness would have, pursuant to the Ohio Supreme Court Rules of Superintendence. The Court's ruling was journalized September 9, 2022.

_AFFIANT_

*Sworn to before me and subscribed in my presence this 31 day of October A.D. 2022.*

Notary Public State of Ohio
My Commission Expires
5-2-23

**Notary Public**

*Entry*

**The court being duly advised in the premises finds that probable cause exists for the arrest of the defendant.**

FILED
PIKE COUNTY COURT
*Judge*

OCT 3 1 2022

JUSTIN P BREWSTER
CLERK