# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DEREK J. MYERS, et al., ) | Case No. 2:23-CV-4102 |
| ) | |
| Plaintiffs, ) | Judge Michael H. Watson |
| ) | |
| v. ) | Magistrate Judge Elizabeth P. Deavers |
| ) | |
| PIKE COUNTY, et al., ) | |
| ) | **AGREED MOTION TO STAY** |
| Defendants. ) | |
| ) | |
| ) | |

Plaintiff hereby moves the Court to stay all proceedings in this case for 30 days. Such a stay would make the supplementary brief presently due on October 28, 2025 (Doc. 51), due on November 28, 2025 (November 27, 2025 is a federal holiday).[1]

In support of this motion, undersigned counsel states that the parties are currently engaged in settlement discussions and believe that this brief pause in proceedings may increase the likelihood of settlement success by allowing breathing room for those discussions to occur and by temporarily reducing the amount of attorneys' fees incurred in the prosecution of Plaintiff's case. Plaintiff's counsel has conferred with defense counsel, who agrees to this stay.

Dated: October 22, 2025

Respectfully submitted,

/s/ Emmett E. Robinson
Marc D. Mezibov (Bar No. 19316)
415 Bond Place, Unit 10C
Cincinnati, Ohio 45206
Telephone: (513) 582-2018
marcmezibov@gmail.com

---

[1] Defendants' response brief would remain due seven days after the filing on Plaintiff's supplementary brief. In other words, if this motion is granted, Defendants' response will be due on December 5, 2025.

- 2 -

>Emmett E. Robinson (Bar No. 88537)
>ROBINSON LAW FIRM LLC
>6600 Lorain Avenue # 731
>Cleveland, Ohio  44102
>Telephone: (216) 505-6900
>Facsimile: (216) 549-0508
>erobinson@robinsonlegal.org
>
>*Attorneys for Plaintiffs*