UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Derek J. Myers,

    Plaintiff,

    v.

Pike County, *et al.*,

    Defendants.

Case No. 2:23-cv-4102

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

Derek Myers ("Plaintiff") moves to stay this case for thirty days and extend his deadline to file a supplementary brief to November 28, 2025.  ECF No. 53. Plaintiff represents that the motion is unopposed, "that the parties are currently engaged in settlement discussions[,]" and that a stay would both "increase the likelihood of settlement success" and reduce the costs associated with litigating this action.  *Id.* at PAGEID # 778.

District courts have inherent power to control their dockets.  *Anthony v. BTR Auto. Sealing Sys., Inc.*, 339 F.3d 506, 516 (6th Cir. 2003).  A court may stay a case when procedurally appropriate.  *Hanley v. City of Hamilton, Ohio*, No. 1:23-CV-342, 2024 WL 4817446, at *5 (S.D. Ohio Nov. 18, 2024).  Among the factors courts should consider when determining whether to grant a stay are: (1) the need for a stay; (2) the stage of the litigation; (3) whether the non-moving party will be unduly prejudiced or tactically disadvantaged; (4) whether a stay will

simplify the issues; and (5) whether the litigation burden will be reduced for both the parties and the court. *Cybergenetics Corp. v. Institute of Envtl. Science and Res.*, No. 5:19-CV-1197, 2020 WL 564217, at *2 (N.D. Ohio Jan. 27, 2020).

These factors favor a stay here. Because the motion is unopposed, there is no potential prejudice in granting the same. Moreover, a stay will conserve judicial resources while the parties work toward settlement, which could simplify the issues in this case and reduce the burden of litigation.

Accordingly, the Court **GRANTS** Plaintiff's motion, ECF No. 53, and **STAYS** this case pending the parties' settlement efforts. Given the upcoming holiday, the parties are **ORDERED** to file a joint status report on or before **December 5, 2025**, indicating the status (but not the substance) of settlement. Plaintiff is **ORDERED** to file his supplementary brief on or before **December 12, 2025**, in the event settlement negotiations reach an impasse.

The Clerk shall terminate ECF No. 53 as a pending motion.

**IT IS SO ORDERED.**

                                                s/ Michael H. Watson_____
                                                **MICHAEL H. WATSON, JUDGE**
                                                **UNITED STATES DISTRICT COURT**