# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DEREK J. MYERS, et al., | ) Case No. 2:23-CV-4102 |
| ) | |
| Plaintiffs, | ) Judge Michael H. Watson |
| ) | |
| v. | ) Magistrate Judge Elizabeth P. Deavers |
| ) | |
| PIKE COUNTY, et al., | ) |
| ) **STIPULATION OF DISMISSAL WITH** | |
| Defendants. | ) **PREJUDICE** |
| ) | |

The above-captioned matter having settled, the parties hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismissal of this case in its entirety with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: December 5, 2025

Respectfully submitted,

/s/ Emmett E. Robinson
Marc D. Mezibov (Bar No. 19316)
415 Bond Place, Unit 10C
Cincinnati, Ohio 45206
Telephone: (513) 582-2018
marcmezibov@gmail.com

Emmett E. Robinson (Bar No. 88537)
ROBINSON LAW FIRM LLC
6600 Lorain Avenue # 731
Cleveland, Ohio 44102
Telephone: (216) 505-6900
Facsimile: (216) 549-0508
erobinson@robinsonlegal.org

*Attorneys for Plaintiffs Derek J. Myers and NewsPatrol Inc.*

/s/ Cassaundra L. Sark
Cassaundra L. Sark
Lambert Law Office
215 South Fourth Street
P.O. Box 725
Ironton, OH 45638
(740) 532-4333
(740) 532-7341 – Fax

*Counsel for Defendants*